IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| DAN KYLE EBERHART §<br>§<br>*Plaintiff*, §<br>§<br>vs. §<br>§<br>ALLY FINANCIAL INC., a Delaware §<br>corporation; EQUIFAX INFORMATION §<br>SERVICES LLC, a Georgia limited §<br>liability company; and EXPERIAN §<br>INFORMATION SOLUTIONS, INC., §<br>an Ohio corporation. §<br>§<br>*Defendants*. § | Case No. 2:23-cv-83 |

## NOTICE OF PENDING SETTLEMENT

Pursuant to Local Rule 3.09, Plaintiff, DAN KYLE EBERHART, by and through his undersigned counsel, hereby notifies the Court that Plaintiff has reached an agreement in principle to resolve all his claims with Defendants, ALLY FINANCIAL, INC. and EQUIFAX INFORMATION SERVICES, LLC. The Parties are currently negotiating the terms of a settlement agreement, which will result in a dismissal of all claims against the aforementioned defendants.

Dated:       March 7, 2023

**THE LAW OFFICE OF ANDREW P. MARCUS, P.A.**
*Counsel for Plaintiff, Dan Eberhart*
1625 Hendry Street, Suite 201
Fort Myers, Florida 33901
Telephone: (239) 214-6230
Email: amarcus@defendswfl.com

By:   */s/ Andrew P. Marcus*
         Andrew P. Marcus, Esq.
         Florida Bar No. 28093

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2023, I electronically filed the foregoing using the Court's CM/ECF method.

By:   */s/ Andrew P. Marcus*